United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| ANGELA M. BROCK-SELLERS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:26-CV-00020 |
| BOBBY SISCOE LLC, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 34). The M&R recommends that the Court grant Plaintiff's motion to remand. (D.E. 7).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the Parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 34). Accordingly, the Court **GRANTS** Plaintiff's motion to remand, (D.E. 7), **REMANDS** this case to the 156th Judicial District Court of Bee County, Texas, and **DIRECTS** the Clerk of Court to send a copy of this

Order to the same. The Court further **DENIES as moot** all pending motions in this case.

       SO ORDERED.


                                              _____

                                              DAVID S. MORALES
                                              UNITED STATES DISTRICT JUDGE


Signed: Corpus Christi, Texas
          March  \_27\_, 2026